DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN  DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miguel    Sanchez,<br><br>            Plaintiff,<br><br>       vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>            Defendant. | Case No. 1:21-cv-00907-AWI-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 4-day extension of time, from August 11, 2022 to August 15, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's third request for an extension of time.  Counsel for the Plaintiff is currently out of State attending to an emergency with her ill father. (see

1

attached declaration). Additional time will be needed in light of limited access to her computer.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: August 11, 2022    PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Dolly M. Trompeter*
DOLLY M. TROMPETER
Attorneys for Plaintiff

Dated: August 11, 2022    PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON
Acting Regional Chief Counsel, Region IX
Social Security Administration

By: *\*/s/ Caspar I. Chan*
Caspar I. Chan
Special Assistant United States Attorney
Attorneys for Defendant
(\*As authorized by email on August 11, 2022)

# ORDER

Pursuant to the parties' stipulation, and good cause appearing, Plaintiff's request for a brief extension of time to file an Opening Brief is GRANTED. Plaintiff's Opening Brief shall be filed on or before August 15, 2022. All other deadlines in the Court's Scheduling Order are modified accordingly.

IT IS SO ORDERED.

Dated: **August 12, 2022**         /s/ *Barbara A. McAuliffe*
                                    UNITED STATES MAGISTRATE JUDGE