**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARCUS TYSHUN PORTER,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>B.M. TRATE,<br><br>　　　　Respondent. | Case No.: 1:22-cv-00907-JLT-HBK (HC)<br><br>ORDER ADOPTING THE FINDINGS AND RECOMMENDATIONS, GRANTING RESPONDENT'S MOTION TO DISMISS, DENYING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>(Docs. 1, 11, 21) |

Marcus Tyshun Porter is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. 1.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 10, 2023, the assigned magistrate judge issued Findings and Recommendations recommending that Respondent's Motion to Dismiss be granted, and the Petition be dismissed for lack of jurisdiction. (Doc. 21.) Petitioner has not filed objections, and the deadline to do so has expired.

According to 28 U.S.C. § 636 (b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations are supported by the record and proper analysis. Based upon the foregoing, the Court **ORDERS**:

1

1. The Findings and Recommendations issued on August 10, 2023, (Doc. 21), are **ADOPTED** in full.
2. Respondent's Motion to Dismiss (Doc. 11) is **GRANTED**.
3. The petition for writ of habeas corpus (Doc. 1) is **DISMISSED.**
4. The Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

Dated:   **September 7, 2023**

_____
UNITED STATES DISTRICT JUDGE